**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANTEC, INC., | |
|     Petitioner, | No. C 06-05985 JSW |
| v. | |
| PAMELA F. ALVAREZ, | **ORDER SETTING BRIEFING SCHEDULE** |
|     Respondent. | |

    This matter is set for a hearing on January 5, 2007 on Respondent's Motion to Dismiss. The Court HEREBY ORDERS that Petitioner's opposition brief to this motion shall be due by Monday, November 20, 2006 and Respondent's reply brief shall be due by Monday, November 27, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 3, 2006

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE
                                                   by Honorable Phyllis J. Hamilton