Brian R. Strange, Bar No. 103252
E-mail: lacounsel@earthlink.net
Gretchen Carpenter, Bar No. 180525
E-mail: gcarpenter@linkline.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Tel: (310) 207-5055
Fax: (310) 826-3210

Attorneys for Respondent Pamela F. Alvarez

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BANCTEC, INC., an entity<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA F. ALVAREZ,<br><br>    Respondent. | Case No.: C06-5985 JSW<br><br>Assigned for All Purposes to Honorable Jeffrey S. White<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Date: January 26, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom No. 2, 17th Floor<br><br>Petition Filed: September 26, 2006 |

WHEREAS, on November 2, 2006, Respondent filed a motion to dismiss this Petition, which is currently scheduled for hearing on January 26, 2007;

WHEREAS, on November 3, 2006, this Court issued an Order Setting Briefing Schedule, ordering Petitioners' opposition brief to be filed by Monday, November 20, 2006 and Respondent's reply brief to be filed by Monday, November 27, 2006, and further stating that "[i]f the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested";

---

1

Case No.: C06-5985 JSW — Stipulation Modifying Briefing Schedule on Motion to Dismiss; [Proposed] Order

WHEREAS, for good cause, in light of the Thanksgiving holidays on November 23 and 24, 2006, and one of Respondent's counsel's vacation days on November 22, 2006, Respondent's counsel have requested that Petitioners stipulate to an extension of their deadline to file Respondent's reply brief, in order to give her counsel more than two days to prepare it; and

WHEREAS, Petitioners have agreed to extend Respondent's deadline to file her reply brief, subject to the same extension of Petitioners' time to file their opposition brief.

THEREFORE, for good cause, the parties hereby stipulate that Petitioners' opposition to Respondent's motion to dismiss will be due on November 22, 2006, and Respondent's reply will be due on December 1, 2006.

DATED: November 16, 2006

Respectfully Submitted,

STRANGE & CARPENTER

By: [signature]
Brian R. Strange
Gretchen Carpenter
Attorneys for Respondent

Dated: November 15, 2006

ROBERTS, RASPE & BLANTON LLP

By: [signature]
Steven Raspe
Michael S. Blanton
Attorneys for Petitioners

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: November 17, 2006

/s/
Hon. Jeffrey S. White
United States District Court Judge
By Honorable Phyllis J. Hamilton