1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BANTEC, INC.,

10              Petitioner,                    No. C 06-05985 JSW

11      v.

12   PAMELA F. ALVAREZ,                        **ORDER SETTING BRIEFING**
                                               **SCHEDULE ON MOTION TO**
13              Respondent.                    **COMPEL ARBITRATION**
     _____/

14

15        This matter is set for a hearing on February 23, 2007 on Petitioner's Motion to Compel

16   Arbitration.  The Court HEREBY ORDERS that Respondent's opposition brief to this motion

17   shall be due by Monday, January 8, 2007 and Petitioner's reply brief shall be due by Monday,

18   January 15, 2007.

19        If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23        **IT IS SO ORDERED.**

24

25   Dated: December 22, 2006

                                               _____
26                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California